**IN RE Sean Gardner SAXON**

**An Administratively Suspended Member of the Bar of the District of Columbia Court of Appeals**

**No. 17–BG–426**

District of Columbia Court of Appeals.

(FILED—December 21, 2017)

**Bar Reg. No. 481348, 2017 DDN 35**

BEFORE: Glickman and McLeese, Associate Judges, and Steadman, Senior Judge.

**ORDER**

PER CURIAM

On consideration of the certified order suspending respondent from the practice of law in the state of Colorado for three years with a fitness requirement; this court's October 10, 2017, order temporarily suspending respondent in this case and directing him to show cause why identical reciprocal discipline should not be imposed; the statement of Disciplinary Counsel regarding reciprocal discipline; and it appearing that respondent did not file a response to this court's show cause order or the required D.C. Bar R. XI, § 14 (g) affidavit, it is

ORDERED that Sean Gardner Saxon is hereby suspended from the practice of law in the District of Columbia for three years with reinstatement subject to a fitness requirement. *See In re Sibley*, 990 A.2d 483, 487–88 (D.C. 2010) (explaining that the presumption of identical discipline in D.C. Bar R. XI, § 11 (c) will prevail except in "rare" cases); *In re Cole*, 809 A.2d 1226, 1227 n.3 (D.C. 2002) (explaining that in unopposed reciprocal matters the "imposition of identical discipline should be close to automatic"). For purposes of eligibility to petition for reinstatement, the suspension will not begin to run until such time as respondent files a D.C. Bar R. XI, § 14 (g) affidavit.